No. 278. FRANK v. MARYLAND, 359 U. S. 360;

No. 429. PATTERSON, GENERAL ADMINISTRATOR, ET AL. v. UNITED STATES, 359 U. S. 495;

No. 781. MERCER v. THERIOT, 359 U. S. 983;

No. 794. TITLE v. UNITED STATES, 359 U. S. 989;

No. 816. GULF OIL CORP. v. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 715, AFL-CIO, 359 U. S. 992;

No. 683, Misc. GILMORE v. UNITED STATES, 359 U. S. 994; and

No. 763, Misc. SIMUNICH v. SUPREME COURT OF ILLINOIS ET AL., 359 U. S. 987. Petitions for rehearing denied.

JUNE 22, 1959.

No. 944. HERSHEY MFG. Co. v. ADAMOWSKI ET AL. Appeal from the United States District Court for the Northern District of Illinois. The motion for injunction is denied. *Maurice J. Walsh, John J. Yowell* and *G. Kent Yowell* for appellant. *Benjamin S. Adamowski* for appellees.

No. 856, Misc. KILPATRICK v. MCCARREY, DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition and mandamus denied. *Harold J. Butcher* and *Charles S. Rhyne* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Carl H. Imlay* for the United States in opposition. *John L. Rader,* Attorney General of Alaska, *David J. Pree,* First Assistant Attorney General, *Jack O'Hair Asher, Douglas L. Gregg* and *Gary Thurlow,* Assistant Attorneys General, and *James M. Fitzgerald* were on a brief for the State of Alaska, as *amicus curiae,* in opposition.